FILED

11/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0512

## In the Supreme Court of the State of Montana
### Supreme Court No. DA 21-0512

STATE OF MONTANA,

      Plaintiff & Appellee,

  -vs-

CLOVIS CHRISTOPHER GENO,

      Defendant and Appellant.

## ORDER

Upon consideration of the Appellant's Fifth Motion for Extension of time, with no good cause to the contrary and without opposition from the State, the Appellant's Motion for Extension is Granted. The Appellant is given until December 26, 2022 to prepare, file and serve the Appellant's Opening Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 25 2022